UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARLORITA BATTLE ) | |
| ) | |
| v. ) | No. 3:11-0013 |
| ) | JUDGE SHARP |
| A&E TELEVISION NETWORKS, LLC, ) | |
| et al. ) | |

## O R D E R

Pending before the Court is the parties' Joint Motion to Amend the Case Management Order and Re-Set Trial (Docket Entry No. 66).

The motion is GRANTED for the deadlines extensions as requested. The jury trial set for February 5, 2013 is hereby rescheduled for April 9, 2013 and the final pretrial conference set for January 14, 2013 is hereby rescheduled for March 18, 2013 at 3:30 p.m. The deadlines for trial-related matters will be addressed in a subsequent Order closer to the trial date.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE